CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 13 2016

JULIA C. DUDLEY, CLERK
BY: /s/ C. Melvin
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY DEWEY SMITH ) | Case No. 7:15-CV-00183 |
| Plaintiff, ) | |
| v. ) | By: Michael F. Urbanski |
| AUTOZONE, INC. ) | United States District Judge |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, the court will **DENY** the motion for partial summary judgment, ECF No. 19, filed by plaintiff Anthony Smith, and **GRANT** the motion for summary judgment, ECF No. 21, filed by defendant AutoZone, Inc. Accordingly, the action is dismissed with prejudice.

It is **SO ORDERED**.

Entered: 05-13-2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge